## Agnes M. Becker, Appellee, v. Frank Ketter, Appellant.

### Gen. No. 9,977.

opinion filed September 19, 1944. Mortimer Singer and Esther C. Singer, for appellant; Ernest S. Gail, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.

## Edna May, Appellee, v. E. G. Marty, Appellant.

### Gen. No. 9,978.

opinion filed September 19, 1944. Paul D. Perona, for appellant; Josef T. Skinner, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.